772

and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Rembisz, Appellant.

Submitted March 17, 1969. *Joseph Wassell*, Assistant Public Defender, for appellant; *James E. O'Brien*, Assistant District Attorney, and *Joseph J. Cimino*, District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Richardson, Appellant.

Before BRADLEY, J. Submitted March 18, 1969. *Leonard Turner*, for appellant; *James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Richardson, Appellant.

Before KURTZ, JR., J. Submitted March 17, 1969. *P. Richard Klein*, Public Defender, for appellant; *M. Joseph Melody*, Assistant District Attorney, and *Norman J. Pine*, District Attorney, for Commonwealth, appellee.

Order affirmed.